UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
------------------------------------------------

| | | |
|---|---|---|
| JOHN TARVER, | : | CASE NO. 17-CV-1963 |
| Plaintiff, | : | JUDGMENT |
| v. | : | |
| DELTA TRANZ, LLC, et al., | : | |
| Defendants. | : | |

------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

The Court has issued its opinion in the above-captioned matter. For the reasons stated in those opinions, this Court **GRANTS** Plaintiff's motion for summary judgment and **DENIES** Plaintiff's request for further attorney's fees and prejudgment interest. Accordingly, this action is terminated under Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

Dated: August 1, 2018               s/ *James S. Gwin*
                                    JAMES S. GWIN
                                    UNITED STATES DISTRICT JUDGE